**Sasha Watson- 9723**

| | |
|---|---|
| **From:** | Sasha Watson- 9723 |
| **Sent:** | Saturday, July 4, 2026 12:19 PM |
| **To:** | AsylumD3Prescreening |
| **Cc:** | Rose D'Haiti- 7735; amanda.saylor@usdoj.gov; Alikai.Foskey@usdoj.gov; Barbara.Beechner@usdoj.gov; Hector Medina; Marshall Vliet; Bradley, Norman S |
| **Subject:** | CONROY DELROY CONDECORE, A# XXX-XXX-082 - Reasonable Fear (ESWATINI) Supporting Documents URGENT |
| **Attachments:** | G28 - ICE - signed.pdf; Supporting Documentation - Eswatini.pdf; 2026.07.04 Reasonable Fear Interview Memo.pdf |
| **Categories:** | Smokeball |

Dear Officer:

I write on behalf of my client, Conroy Delroy Condecore, A-Number A209-102-082, a Jamaican national currently in ICE custody who is scheduled for imminent third-country removal to the Kingdom of Eswatini. I am requesting an emergency reasonable fear interview at the earliest possible time.

Mr. Condecore has not been afforded a reasonable fear interview prior to this scheduled removal despite presenting two independent grounds of fear, each of which satisfies the reasonable fear standard under 8 C.F.R. § 208.31(c):

1. **PERSECUTION ON ACCOUNT OF SEXUAL ORIENTATION**: Mr. Condecore is a gay man. The Kingdom of Eswatini criminalizes male homosexuality under colonial common law, authorizes warrant-less arrest for same-sex conduct, and the reigning monarch has publicly described homosexuality as "satanic." LGBTQ persons face documented discrimination, violence, and denial of legal recourse. Removal to Eswatini would subject Mr. Condecore to immediate criminal jeopardy and a reasonable possibility of persecution on account of his membership in a particular social group.

2. **CHAIN REFOULEMENT / TORTURE**: Mr. Condecore was granted withholding of removal to Jamaica on September 15, 2020 — a binding adjudication that he faces a clear probability of persecution in his country of nationality. Eswatini is not a final destination. The U.S.-Eswatini MOU operates as a transit detention program: deportees are held indefinitely at the Matsapha Correctional Complex — a maximum-security prison — without charges, without due process, and without meaningful counsel access, pending forced repatriation to their countries of nationality. Every prior Jamaican national deported to Eswatini has been repatriated to Jamaica. Removal to Eswatini is the first step of a two-step refoulement chain ending in the country from which Mr. Condecore has been granted legal protection.

Documented conditions at Matsapha include solitary confinement, insufficient food, scarce medication, denial of in-person legal access, and indefinite imprisonment without legal basis — conditions that constitute torture or cruel, inhuman, and degrading treatment under the Convention Against Torture.

Attached to this email please find:

(1) **G-28, Notice of Appearance of Attorney Representative**
(2) **Memorandum in Support of Reasonable Fear Claim** — Third-Country Removal to Eswatini, with full country conditions analysis and legal argument; and
(3) **Supporting Documents** - Exhibit List with 18 supporting exhibits including Human Rights Watch World Report 2026, Third Country Deportation Watch Eswatini Country Profile, Amnesty International statements, the U.S.-Eswatini MOU, D.V.D. v. DHS (D. Mass. Feb. 25, 2026), Human Dignity Trust Country Profile, and additional country conditions documentation.

I am available for the reasonable fear interview on the following dates and times:

- **Monday, July 4, 2026 — between 11:00 a.m. and 2:00 p.m.**
- **Any day beginning July 7, 2026 — starting at 8:30 a.m.**

I respectfully request that I be permitted to participate by telephone during Mr. Condecore's reasonable fear interview pursuant to 8 C.F.R. § 208.31. Please contact me immediately to schedule the interview and to confirm Mr. Condecore's current detention location so that the interview can be arranged.

Given the imminent nature of the scheduled removal, I urge the Asylum Office to treat this request as an emergency. Mr. Condecore's removal to Eswatini without a reasonable fear interview would violate 8 C.F.R. § 208.31, the Convention Against Torture, and the non-refoulement obligations of the United States under the 1967 Protocol to the Refugee Convention.

Regards,

HAWM
Sasha Watson, Esq., *Partner*
641 N. Rio Grande Avenue
Orlando, Florida 32805
P: 407.802.3223
F: 407.377.1971
E: swatson@hawmlaw.com
W: www.hawmlaw.com




*Need to pay your Attorney's Fees Click Here:*
https://secure.lawpay.com/pages/hawmlaw/operating

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at (407) 802-3223 and ask to speak to the sender of the communication.
In addition, please e-mail and notify the sender immediately that you have received the communication in error.

Thank you. HAWM Law, PLLC - Attorneys at Law