UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CONROY CONDECORE,

     Plaintiff,                          Case No. 6:26-cv-1510-CEM-LHP

v.

TODD BLANCHE, et al.,

     Defendants.

_____/

## TIME-SENSITIVE[1] JOINT STIPULATION AND MOTION TO RESCHEDULE PRELIMIARY INJUNCTION HEARING

Plaintiff Conroy Condecore and Defendants Todd Blanche, Markwayne Mullin, Todd Lyons, and Kelei B. Walker jointly stipulate to the following and request that this Court reschedule the Preliminary Injunction Hearing that is set for July 20, 2026. In support, the parties state that:

1.    At this time, Plaintiff intends to voluntarily self-remove to Jamaica and plans to depart the United States on or before August 15, 2026.

2.    Consistent with Plaintiff's intention to voluntarily self-remove, he will make his own arrangements and bear the cost of such travel.

---

[1] Given the Court's Temporary Restraining Order (Doc. 11) and the upcoming preliminary injunction evidentiary hearing, the parties believe that the time-sensitive designation is warranted to ensure that the Court is fully informed as to the status of this case. *See* Local Rule 3.01(f).

3.   Nothing in this stipulation shall be construed as an admission by the Plaintiff that Jamaica or any third country is a safe country of return, or as a waiver of any asylum, refugee, or protection-based claim, and nothing herein shall prejudice Plaintiff in any future court, immigration or protection proceedings in any jurisdiction.

4.   The parties stipulate to extend this Court's Temporary Restraining Order (Doc. 11) prohibiting Plaintiff's detention and removal to the Kingdom of Eswatini until August 16, 2026.

Based upon the joint stipulations, the parties respectfully request that this Court reschedule the preliminary injunction evidentiary hearing set for July 20, 2026. In the event Plaintiff has not departed the United States by August 15, 2026, the parties request the Court reset the hearing and all associated deadlines to a date on or after August 16, 2026.

Dated: July 17, 2026

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

*S// Sasha Watson*
SASHA WATSON
HAWM, PLLC
641 N. Rio Grande Avenue
Orlando, FL 32805
Tele. (407) 802-3223
swatson@hawmlaw.com

By:   */s/Jeremy R. Bloor*
JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
U.S. Attorney's Office
400 West Washington St.,
Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

*Counsel for Plaintiff*

*Counsel for Defendants*

2