UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CONROY CONDECORE,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-1510-CEM-CAB**

**TODD BLANCHE, KELEI B. WALKER, MARKWAYNE MULLIN, and TODD LYONS,**

**Defendants.**

_________________________________/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending motions are **DENIED as moot** and the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record